1983 Form

2012 DEC 21 A 11:54

# In the United States District Court
# For the Northern District of Alabama

CV-12-BE-4153-M -TMP

Jarvis Floyd #205783

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Billy J. Cornelison COI
Dewayne Nolin COI
Sgt. John A. Mason, ETAL
Sgt. Shannon L. Caldwell, ETAL

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____ NA _____

         Defendant(s) _____ NA _____

      2. Court (if Federal Court, name the district; if State Court, name the county)

         _____ NA _____

      3. Docket Number _____ NA _____

      4. Name of judge to whom case was assigned _____ NA _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _N/A_
   _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (✓)

   C. If your answer is YES:

      1. What steps did you take? _The St. Clair Facility don't have a grievance procedure._

      2. What was the result? _Hearing officer found Guilty And recommendation Loss of Canteen privileges For 45 days, Lose of Tele Phone privileges for 45 days, Loss of visiting privileges for 45 days. Loss of Good Time 6 months, Disciplinary Seg for 30 days._

   D. If your answer is NO, explain why not? _____

III. Parties

In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) _JARVIS Floyd_

      Address _1000 St. Clair Rd. SpringVille, AL 35146_

-2-

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __Billy J. Cornelison__

   is employed as __Correctional Officer__

   at _____

C. Additional Defendants __Officer Nolin, Sgt. Mason, Sgt Caldwell Alabama Department of Correctional__

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

This is a Civil Action brought pursuant to 42 U.S.C. 1983 And Fourtenth Amendment of the U.S. Constitution The Plaintiff seeks declaratory and Injurctive relief, to compensate him for the suffer and wrong recommendation. The Plaintiff continues to suffer, Plaintiff Also seeks compensatory And punitive damages.

(2) This Court have subject matter jurisdiction of this Case pursuant to 42 U.S.C. 1983 (A) Plaintiff.

(3) Plaintiff Jarvis Floyd is A citizen of the U.S. who being Confined in the Institution of St. Clair Facility, Plaintiff sues for himself an Individual.

- 3 -

V.  RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Wherefore, Plaintiff Respectfully requests that the court Assume jurisdiction of this Action And Award the Plaintiff the following relief (1) Grant the Plaintiff and order requiring the defendant to make him whole by granting Appropriate relief declaratory relief Awarding Compensatory damages Against EAch defendant in the Amount of $30,000.00 Remove The Incident report, Disciplinary out of his file.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 17, 2012
                    (date)

                                        Jamie Flagg - 205783

Signature(s)

- 4 -

IN The UNITED STATES District Court For The
Northern District of ALABAMA
FILED
DEC 21 P 12:59

JARVIS FLOYD #205783
Plaintiff

Case Number
CV-12-BE-4153-M-TMP

V.

Billy J. Cornelison COI
Dewayne Nolin COI
Sgt. John A. Mason
Sgt. Shannon L. Caldwell
Alabama Department of
Correctional, ETAL
Defendants

## Complaint

On December 4, 2012 The Plaintiff JARVIS Floyd pro se was sleeping In a opening Dorm with (23) other Inmates, The Plaintiff was search by defendant's Cornelison, The Defendant Cornelison stated on unit-4 During a pat search conducted by officer Cornelison, You Inmate Jarvis Floyd B/205783, did have in your possession, hidden in your Inmate made shorts, one, gray in color, Samsung/Verizon Cell phone.

On December 4, 2012, The Plaintiff Floyd did not have on any shots pant or did Defendant Cornelison pat search The Plaintiff. The Plaintiff was not serve a copy of the Disciplinary, Defendant Cornelison did not ask for his I-D card. The Defendant Cornelison found some shots on the floor, that did not have The Plaintiff name on them, and he did not I-D The Plaintiff by opening the cell Phone, the comband was found In a Common area that don't Adderss to the Plaintiff. The Defendant's don't have no Evident to Conviction the Plaintiff with a Guity plea. The Defendants of AR.403 Stated (1-4) must be complete unit-4 Are not complete because

It don't proper I-D The Plaintiff, The Defendant's don't no If this a Female or male. It's don't say, The AR. 403 Is under The Federal Law Violated. The Plaintiff Due process have been Violation because unit-4 are not proper I-D. Incident Report Number SCCF-12-01966, The Defendants conpired with the Defendant Cornelison, by be a serving officers. Defendant John A. Mason, And Defendant Dewayne Nolin Either Defendants served the Plaintiff a copy of a disciplinary. These Defendant's Violated The Plaintiff constitution Right's. The Defendant's never stated under oath that he pat search The Plaintiff Floyd. Ah DOC Stated I-4 must be completed. unit-4 don't I-D The Plaintiff for a Conviction, Due process Are Violated under AR. 403 Rules regulations. The Plaintiff was wrong charge And wrong Conviction by these defendant's. The Plaintiff Institution call list don't have no phone number list to the phone That the defendant say he found. These defendant's Conspired to deprive the Plaintiff due process under the Fourteeth Amendment. (DOC. unit-4) The Plaintiff was deprive his Copy of the disciplinary. The Disciplinary Report show two (2) defendants As the serving officer unit-5. The Plaintiff And 14th Constitutional Amendment was Violated under the federal And States Laws. These defendants used cruel And unusal punishment towards paintiff, Defendant Caldwell Also denied the Plaintiff Due process Violation And the 14th Amendment of the constitution.

_[signature]_ -205793
12/17/12